## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

FIRST BAPTIST CHURCH

       Plaintiff,

vs.

GUIDEONE INSURANCE COMPANY

       Defendant,

Case No. 5:26-CV-04061

## ENTRY OF APPEARANCE

COMES NOW Emma H. Taylor of the law firm of FISHER, PATTERSON, SAYLER & SMITH, LLP, and hereby enters her appearance as attorney of record on behalf of Defendant GuideOne Insurance Company in the above-referenced matter.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Emma H. Taylor

| | |
|---|---|
| Steven F. Coronado | KBN 14418 |
| Emma H. Taylor | KBN 30758 |

9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone:  (913) 339-6757
Facsimile:   (913) 660-7919
scoronado@fpsslaw.com
etaylor@fpsslaw.com
ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing was filed with the Court through its electronic filing system on June 4, 2026, with a copy sent via electronic mail to:

Michelle C. Le, Of Counsel, S.C. No. 28345
Nathan R. Elliott, S.C. No. 24657
218 N Mosley St
Wichita, KS 67202
michelle@graybillhazlewood.com
nathan@graybillhazlewood.com
Attorneys for Plaintiff

/s/ Emma H. Taylor
Attorney for Defendant

2